# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| LAUREL CREST DEVELOPMENT, INC., | : No. 167 WM 2018 |
| Respondent | : |
| | : |
| v. | : |
| | : |
| TIMOTHY COWAN AND MARGARET COWAN, | : |
| Petitioners | : |
| | : |
| v. | : |
| | : |
| THOMAS BUECHE, | : |
| Respondent | : |

## **ORDER**

**PER CURIAM**

   **AND NOW**, this 15th day of February, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.